IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MARK MULLER**                                                        **PLAINTIFF**

v.                                        CIVIL ACTION NO: 1:17-cv-00339-LG-RHW

**MISSISSIPPI POWER COMPANY,
HARDY WHEELESS, CHARLES E.
SMITH, and JOHN/JANE DOES 1-10**                          **DEFENDANTS**

## AGREED ORDER OF DISMISSAL

**THIS MATTER** is before the Court upon the agreement of Plaintiff Mark Muller and Defendants Mississippi Power Company, Hardy Wheeless, and Charles E. Smith, through their undersigned counsel, that Plaintiff's Intentional Infliction of Emotional Distress claim should be dismissed against Defendants Hardy Wheeless and Charles E. Smith in this action with prejudice. The Court having been advised of such agreement finds that Plaintiff's Intentional Infliction of Emotional Distress claim should be dismissed against Defendants Hardy Wheeless and Charles E. Smith, and that Defendants Hardy Wheeless and Charles E. Smith should thereby be dismissed from the action entirely.

**IT IS, THEREFORE, ORDERED**, adjudged and decreed that Plaintiff's Intentional Infliction of Emotional Distress claim is dismissed against Defendants Hardy Wheeless and Charles E. Smith with prejudice, and Defendants Hardy Wheeless and Charles E. Smith are dismissed from the action entirely.

**SO ORDERED AND ADJUDGED** this the 25th day of January, 2019.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge

**SUBMITTED BY:**
s/ *Ashley Eley Cannady*
Armin J. Moeller, Jr. (MSB#3399)
Ashley Eley Cannady (MSB#101253)
Balch & Bingham LLP
188 E. Capitol Street, Suite 1400
Jackson, MS 39201
Telephone: (601) 961-9900
acannady@balch.com
*COUNSEL FOR DEFENDANTS*