# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**MARK MULLER**                                                               **PLAINTIFF**

**v.**                                                 **CAUSE NO. 1:17CV339-LG-RHW**

**MISSISSIPPI POWER COMPANY**
**and JOHN/JANE DOES 1-10**                                    **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered herewith, this Court finds that Mississippi Power Company is entitled to summary judgment.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Mark Muller's claims against Mississippi Power Company and John/Jane Does 1-10 are hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 1st day of May, 2019.

                                                            *s/ Louis Guirola, Jr.*
                                                            LOUIS GUIROLA, JR.
                                                            UNITED STATES DISTRICT JUDGE